

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Richard Hermisillo Rodriguez,

Vs. No. 11-15-00140-CR

The State of Texas,

\* From the 132nd District Court
of Scurry County,
Trial Court No. 10218.

\* August 25, 2016

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.